No. 664. MANUEL RODRIGUEZ TRADING CORP. ET AL. *v.* UNITED STATES; and

No. 767. UNITED STATES *v.* MANUEL RODRIGUEZ TRADING CORP. ET AL. Court of Claims. Certiorari denied. *Paul D. Page, Jr.* for petitioners in No. 664 and respondents in No. 767. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Robert S. Green* for the United States. Reported below: 139 Ct. Cl. 564, 153 F. Supp. 442.

No. 745. DAUGETTE ET AL. *v.* PATTERSON, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *William S. Pritchard* and *Winston B. McCall* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Robert N. Anderson* and *Sheldon I. Fink* for respondent.

No. 746. GIDEON *v.* GIDEON. District Court of Appeal of California, Second Appellate District. Certiorari denied.

No. 748. HANDY CAFE, INC., *v.* JUSTICES OF THE SUPERIOR COURT OF MASSACHUSETTS ET AL. C. A. 1st Cir. Certiorari denied. *Angus M. MacNeil* for petitioner.

No. 758. HOLLYWOOD CIRCLE, INC., *v.* DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL OF CALIFORNIA ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Robert M. Maslow* for petitioner. *Edmund G. Brown,* Attorney General of California, *Eimo G. Funke,* Assistant Attorney General, and *Edward M. Belasco* for respondents.